IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

WILLIAM D. DAVIS                                                                                    PLAINTIFF

VS.                                                           CIVIL ACTION NO. 4:20-CV-074-DMB-JMV

MARCO KIRKHAM, et al.                                                                     DEFENDANTS

### ORDER OF STAY PURSUANT TO LOCAL RULE 16(b)(3)

This matter is before the Court on the [30] Motion for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure, filed by Mississippi State Troopers Marco Kirkham, Matthew Hood, and Walter Phillips. Therein, the Defendants moved for summary judgment based on qualified immunity. Rule 16(b)(3)(B) of the Local Uniform Civil Rules of the United States District Courts for the Northern District of Mississippi and the Southern District of Mississippi states that filing an immunity or jurisdictional defense motion "stays the attorney conference and disclosure requirements and all discovery, pending the court's ruling on the motion, including any appeal."

Accordingly, it is ORDERED that pursuant to Local Rule 16(b)(3)(B), disclosure requirements and all discovery in this matter are hereby stayed pending a ruling on the immunity defense motion.

This 8th day of December, 2020.

/s/ Jane M. Virden
United States Magistrate Judge