# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**WILLIAM D. DAVIS**                                                                                    **PLAINTIFF**

**V.**                                            **NO. 4:20-CV-74-DMB-JMV**

**MARCO KIRKHAM, WALTER
PHILLIPS, and MATTHEW HOOD**                                        **DEFENDANTS**

## ORDER

On February 3, 2022, United States Magistrate Judge Vane M. Virden granted Zachary Bonner and W. Thomas McRaney, III's motions[1] to withdraw as William Davis' attorneys. Doc. #64. The order provided Davis thirty days to "either retain new counsel or inform the court in writing of his intent to proceed *pro se*" and warned that failure to do so could result in dismissal of this case for failure to prosecute. *Id.* at 2. Despite this warning, Davis has failed to comply with the Court's order, and the deadline for doing so has passed. Accordingly, given this and other evidence of record indicating Davis does not intend to pursue this case, pursuant to Federal Rule of Civil Procedure 41(b), this case is **DISMISSED without prejudice** for failure to prosecute and for failure to comply with a court order.

**SO ORDERED**, this 8th day of March, 2022.

                                                                              /s/Debra M. Brown
                                                                              **UNITED STATES DISTRICT JUDGE**

---

[1] Docs. #53, #59.